Case 24-17943-JKS    Doc 17    Filed 09/03/24    Entered 09/03/24 13:04:58    Desc Ntc of
Confirmation Hrg    Page 1 of 1

Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 24−17943−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Yves B. Mede
13 Boyden Pkwy
Maplewood, NJ 07040−2410

Verline M. Mede
aka Verline M. Fenelus−Mede
13 Boyden Pkwy
Maplewood, NJ 07040−2410

Social Security No.:
xxx−xx−0703                                                                       xxx−xx−9482

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            10/24/24
Time:            08:30 AM
Location:        Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

        An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

        **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: September 3, 2024
JAN:

                                                                Jeanne Naughton
                                                                Clerk, U. S. Bankruptcy Court