DONALD C GOINS, ESQ
GOINS & GOINS, LLC
323 WASHINGTON AVE
ELIZABETH, NJ  07202

Re:  YVES B. MEDE                          Atty:  DONALD C GOINS, ESQ
     VERLINE M. MEDE                               GOINS & GOINS, LLC
     13 BOYDEN PKWY                                323 WASHINGTON AVE
     MAPLEWOOD,  NJ  07040-2410                     ELIZABETH, NJ  07202

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
#### Chapter 13 Case # 24-17943

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $114,600.00**

## RECEIPTS AS OF 01/01/2025          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 11/01/2024 | $1,910.00 | 4015554 | 11/19/2024 | $910.00 | 29320211237 |
| 11/19/2024 | $1,000.00 | 29320211226 | | | |

**Total Receipts: $3,820.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $3,820.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025          (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 229.20 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | M & R AUTO SALES | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | |
| 0002 | MIDFIRST BANK | (NEW) Prepetition / | 99,867.66 | 100.00% | 3,482.06 | |
| 0003 | NJ AMERICAN WATER | SECURED | 3,118.65 | 100.00% | 108.74 | |
| 0004 | US DEPARTMENT OF HOUSING AND URB | (NEW) Prepetition / | 0.00 | 100.00% | 0.00 | |
| 0005 | ONE MAIN FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | ONEMAIN | UNSECURED | 11,821.29 | * | 0.00 | |
| 0007 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 3,098.48 | * | 0.00 | |
| 0008 | QUANTUM3 GROUP LLC | UNSECURED | 730.47 | * | 0.00 | |
| 0009 | QUANTUM3 GROUP LLC | UNSECURED | 8,708.75 | * | 0.00 | |
| 0010 | TRIBOROUGH BRIDGE AND TUNNEL AUT | UNSECURED | 722.76 | * | 0.00 | |
| 0011 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 1,466.27 | * | 0.00 | |
| 0012 | NEW JERSEY AMERICAN WATER | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid:  $3,820.00**
See Summary

**Chapter 13 Case # 24-17943**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $3,820.00          -     Paid to Claims: $3,590.80          -     Admin Costs Paid: $229.20     =     Funds on Hand: $0.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.