| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor:<br>MidFirst Bank | <br><br>**Order Filed on February 6, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>Yves B. Mede<br>Verline M. Mede aka Verline M. Fenelus- Mede<br>Debtors<br>Kettlene Mede<br>Co-Debtor | Case No.: 24-17943 JKS<br><br>Adv. No.:<br><br>Hearing Date: 1/23/2025 @ 10:00 a.m.<br><br>Judge: John K. Sherwood |

### ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: February 6, 2025**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtors: Yves B. Mede & Verline M. Mede aka Verline M. Fenelus- Med
Case No: 14-20905-VFP
Caption of Order: ORDER RESOLVING MOTION FOR RELIEF FROM STAY

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, M&T BANK, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 13 Boyden Pkwy, Maplewood, NJ, 07040, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Donald C. Goins, Esq., attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that Debtors are due for October 2024 through January 2025 for a post-petition arrearage of $15,448.40 (4 @ $3,862.10); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $15,448.40 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that the Debtor shall sell the subject property by June 30, 2025, and pay off the final judgment amount, plus interest, advances, and costs thereon, in full; and

It is further **ORDERED, ADJUDGED and DECREED** that the Trustee shall not pay on the arrears while the sale is pending; and

It is further **ORDERED, ADJUDGED and DECREED** It is further ORDERED, ADJUDGED and DECREED that regular mortgage payments are to resume February 1, 2025, directly to Secured Creditor's servicer, (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that if the closing for the sale of the subject property has not occurred by June 30, 2025, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $199.00 for filing fees, totaling $549.00, which is to be paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                       Case No. 24-17943-JKS
Yves B. Mede                                                                                         Chapter 13
Verline M. Mede
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                     User: admin                     Page 1 of 2
Date Rcvd: Feb 06, 2025           Form ID: pdf903           Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yves B. Mede, 13 Boyden Pkwy, Maplewood, NJ 07040-2847 |
| jdb | #+ | Verline M. Mede, 13 Boyden Pkwy, Maplewood, NJ 07040-2847 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 08, 2025                 Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2025 at the address(es) listed below:

**Name**         **Email Address**

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Donald C. Goins
    on behalf of Joint Debtor Verline M. Mede dcgoins1@gmail.com
    g25787@notify.cincompass.com;goins.donaldc.b129630@notify.bestcase.com

Donald C. Goins
    on behalf of Debtor Yves B. Mede dcgoins1@gmail.com
    g25787@notify.cincompass.com;goins.donaldc.b129630@notify.bestcase.com

District/off: 0312-2      User: admin      Page 2 of 2
Date Rcvd: Feb 06, 2025      Form ID: pdf903      Total Noticed: 2

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5