Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 24−17943−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Yves B. Mede | Verline M. Mede |
| 13 Boyden Pkwy | aka Verline M. Fenelus−Mede |
| Maplewood, NJ 07040−2410 | 13 Boyden Pkwy |
| | Maplewood, NJ 07040−2410 |

Social Security No.:
  xxx−xx−0703                                         xxx−xx−9482

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 15, 2025</u>            <u>John K. Sherwood</u>
                                      Judge, United States Bankruptcy Court